■ UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v. JERRY A. FRANKLIN et al., Respondents, et al., Defendants.— In an action for a declaratory judgment, plaintiff appeals from an order-judgment of the Supreme Court, Westchester County, dated June 15, 1973, which, on plaintiff's motion for summary judgment, rendered a declaration that plaintiff "is required to furnish a defense and insurance coverage to" defendant Jerry A. Franklin for claims of indemnification of the defendants Buckner and Callier for injuries sustained by Franklin's wife, defendant Carrie Franklin. Order-judgment affirmed, with $20 costs and disbursements (see *State Farm Mut. Auto. Ins. Co.* v. *Westlake*, 43 A D 2d 314 [decided herewith]). Hopkins, Acting P. J., Shapiro, Christ and Brennan, JJ., concur; Benjamin, J., dissents and votes to

reverse and to grant plaintiff's motion, upon the grounds stated in his dissenting opinion in State Farm Mut. Auto. Ins. Co. v. Westlake (43 A D 2d 314 [decided herewith]). [74 Misc 2d 506.]